IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| IN RE: | |
|---|---|
| CHRISMAN, TIMOTHY<br>CHRISMAN, JOYCE | Case No. 09-14612-BH<br>(Chapter 7) |
| Debtor(s) | |

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW Douglas N. Gould, Trustee, of the above captioned bankruptcy matter, pursuant to Rule 3010 Fed.R.Bankr.P. and reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| Claim # | Claimant | Amount Claimed | Amount Allowed |
|---|---|---|---|
| 4 | American Collections SE | $ 75.00 | $4.56 |
| 10 | American Collections SE | $ 67.39 | $4.10 |

Receipt of the check payable to the United States Bankruptcy Court for the above unclaimed funds is attached hereto.

DATE:   December 15, 2010

/s/ *Douglas N. Gould*
DOUGLAS N. GOULD, #3500
6303 Waterford Blvd., Ste. 260
OKLAHOMA CITY, OK  73118
(405) 286-3338